**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 21-01617 |
| | ) | |
| Ludvino Balacuit | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

## NOTICE OF MOTION

TO:   See Attached Service List

　　PLEASE TAKE NOTICE that on **June 4, 2021 at 11:00 a.m.**, I will appear before the Honorable A Benjamin Goldgar or any judge sitting in that judge's place, and present the **TRUSTEE'S MOTION TO ABANDON PROPERTY LOCATED IN THE PHILIPPINES** . **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password. The meeting ID for this hearing is 160 817 7512  and the password is 623389 **. The meeting ID and password can also be found on the judge's page on the court's web site.

　　**If you object to these motions** and want it called on the presentment date above, **you must file a Notice of Objection no later than two (2) business days before that date**. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.
.

　　　　　　　　　　　　　　　　　　　　Ilene F. Goldstein, as Trustee
　　　　　　　　　　　　　　　　　　　　for Ludvino Balacuit

　　　　　　　　　　　　　　　　　　　　By:   /s/ Ilene F. Goldstein
　　　　　　　　　　　　　　　　　　　　　　　One of Her Attorneys

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
950 Skokie Blvd, Suite 211
Northbrook, IL 60062
(847) 562-9595

# CERTIFICATE OF SERVICE

Statement on service list regarding serving docs electronically

I, Ilene F. Goldstein, attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service of the above referenced **TRUSTEE'S MOTION TO ABANDON PROPERTY LOCATED IN THE PHILIPPINES** con all persons identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants, and, as to all other persons on the service list, I caused a copy of the **TRUSTEE'S MOTION TO ABANDON PROPERTY LOCATED IN THE PHILIPPINES** to be e-mailed to the address listed, faxed to the number indicated or sent First Class Mail, as indicated, to each such person on the attached service list before the hour of 4:00 p.m. on May 17, 2021.

                                                                /s/ Ilene F. Goldstein
                                                                   Ilene F. Goldstein

## SERVICE LIST

| | |
|---|---|
| **U.S. Trustee**<br>Jeffrey L. Gansberg<br>Office of the U.S. Trustee, Region 11<br>219 South Dearborn Street<br>Room 873<br>Chicago, IL 60604 | **Via Court's Electronic Notice for Registrants** |
| **Debtor's Counsel**<br>David M. Siegel<br>David M. Siegel & Assoc.<br>790 Chaddick Drive<br>Wheeling, IL 60090 | **Via Court's Electronic Notice for Registrants** |
| **Debtor**<br>Ludvino Balacuit<br>4528 W. Lawn Ave<br>Waukegan 60085 | **Via First Class Mail** |

SEE ATTACHED SERVICE LIST ALL VIA FIRST CLASS MAIL

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 21-0617 |
| | ) | |
| Ludvino Balacuit | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

**TRUSTEE'S MOTION TO ABANDON PROPERTY LOCATED IN THE PHILIPPINES**

Ilene F. Goldstein, as Chapter 7 Trustee for the Estate of Ludvino Balacuit ( Trustee) brings this Motion to Abandon Property of the Estate pursuant to §554 of the Bankruptcy Code (11 U.S.C. §554) . In support of this motion the Trustee states as follows:

1. On February 6, 2021 a voluntary petition under Chapter 7 of the United States Bankruptcy Code was filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

2. Ilene F. Goldstein is the duly appointed, qualified and acting bankruptcy Trustee for the Bankruptcy Estate of Ludvino Balacuit.

3. The Debtor's schedules lists certain real property under schedule A located in the Philippines described as follows: Vacant lot :

Mindanao, Cagayan De Oro, Philippines 450 Sq.ft("Property")

4 The Trustee had difficulty obtaining brokers to sell the Property through the internet and the value of the Property along with the geographical location

makes it very difficult to sell. The Trustee believes the Property is worth no more than $14,000.00 if even. More importantly the Trustee can not obtain or verify insurance on the Property. Trustee does not believe obtaining insurance is feasible due to the location of this Property in a foreign country and as she has no funds in the Estate to pay the premiums.

5. Pursuant to 11 U.S.C. §554 and Rule 6007 of the Federal Rules Bankruptcy Procedure, the Trustee can be authorized to abandon the Estate's interest in property of the Estate if such interest is of inconsequential value or is burdensome to the Estate. The Trustee sets forth that this Property is burdensome to the Estate as the Trustee does not have the current where with all to pay insurance and the value of the Property is highly speculative and the cost of preserving the asset and liquidating it would likely yield very little after costs of sale, preservation, insurance even if that was feasible and further the time it would take to sell this Property. The Bankruptcy Trustee seeks an Order of Court authorizing the Trustee to abandon this Property as set forth herein.

WHEREFORE, Ilene F. Goldstein, as Chapter 7 Trustee for the Estate of Ludvino Balacuit respectfully requests this Court enter an Order authorizing the Trustee to abandon the interest of the Estate in the Property and any such other relief as this Court deems just.

DATED: May 16, 2021

                                      Respectfully submitted,
                                      ILENE F. GOLDSTEIN, as Trustee for
                                      Ludvino Balacuit
                                      By: /s/ Ilene F. Goldstein
                                                One of Her Attorneys

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
950 Skokie Blvd, Suite 211
Northbrook, IL 60062
(847) 562-9595